## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Mag. No. |
| v. | : | |
| | : | |
| **GWENDOLYN JOHNSON,** | : | |
| | : | VIOLATION: 18 U.S.C. § 656 |
| Defendant. | : | (Bank Embezzlement) |

### I N F O R M A T I O N

The United States informs the Court:

### COUNT ONE

I.    Introduction

At all times material to this Information:

    1. Citibank, NA was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

    2. From in or about October 2006 to on or about October 2007, the defendant GWENDOLYN JOHNSON was employed as a teller at Citibank, NA, located at 1225 Connecticut, Avenue, N.W., Washington, D.C.

    3. The defendant GWENDOLYN JOHNSON's responsibilities at Citibank consisted primarily of servicing customers as a teller including making deposits of funds into the accounts designated by Citibank customers.

    4. In order to complete her duties as a teller, the defendant GWENDOLYN JOHNSON had access to cash in her teller drawer.

II.    Embezzlement Scheme

    5. From on or about June 2007 to on or about October 2007, in the District of Columbia, the defendant GWENDOLYN JOHNSON embezzled money from Citibank by periodically accepting

funds from customers in person or by mail which were entrusted to Citibank to be deposited into customer accounts as designated by the customers and diverting the funds from the accounts which had been designated by the customers; and instead, would deposit the funds into her own personal Citibank account ending in 9313 and her M&T bank account.

6. From on or about June 2007 to in or about October 2007, within the District of Columbia, the defendant GWENDOLYN JOHNSON being an employee of Citibank, with the intent to injure and defraud Citibank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation did knowingly and willfully embezzle, abstract, misapply and purloin monies and funds belonging to Citibank and pledged and otherwise entrusted to its care.

**(Bank Embezzlement, in violation of l8 U.S.C. § 656).**

JEFFREY A. TAYLOR
United States Attorney

By:  /s/
KARLA-DEE CLARK
Assistant United States Attorney
D.C. Bar # 435-782
United States Attorney's Office
 For the District of Columbia
555 4th Street, N.W., Room 4846
Washington, D.C.  20530
(202) 305-1368
Karla-Dee.Clark@usdoj.gov