FILED
AUG 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-218 (PLF) |
| v. : | |
| : | |
| GWENDOLYN JOHNSON, : | |
| : | VIOLATION: 18 U.S.C. § 656 |
| Defendant. : | (Bank Embezzlement) |

STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Gwendolyn Johnson, hereby submit this Statement of the Offense.

At all times relevant to this case, Citibank, NA (Citibank) was a financial institution which had branches located in the District of Columbia. Citibank's deposits were insured by the Federal Deposit Insurance Corporation.

In or about October 2006 defendant, Gwendolyn Johnson, was hired as a teller employed to work at Citibank at its Dupont Circle Branch in the District of Columbia located at 1225 Connecticut Avenue, N.W. As part of Gwendolyn Johnson's duties and responsibilities, she maintained a cash drawer from which she would cash checks, make deposits, and similar transactions with citizens, customers and businesses which have accounts at Citibank. One of Gwendolyn Johnson's duties was to accept deposits from Citibank customers in person and by mail, and to place the funds into accounts as designated by Citibank customers.

Beginning in or about June of 2007 through and up to November 10, 2007, defendant Gwendolyn Johnson created and executed a scheme to embezzle, abstract, purloin, and misapply money and funds entrusted in the care of Citibank by its customers, by taking checks and money being deposited by Citibank customers and diverting the funds into her personal accounts at

Citibank and M&T bank, whereupon defendant Gwendolyn Johnson would make personal use of the funds without the knowledge, permission, or authority of Citibank and its customers. Defendant Gwendolyn Johnson thereby caused approximately $11,411.14 in funds entrusted by Citibank customers to Citibank to be diverted intentionally, knowingly and without authority into defendant's accounts where she would make her own use of the money.

On or about June 15, 2007, a commercial account holder, Diplomatic Duty Free with account XXXX8618, dropped off for deposit $6,621.95 for deposit into its account at Citibank. Instead of processing the funds and depositing the money into the customer's account, defendant Gwendolyn Johnson diverted the $6,621.95 for her personal use.

On or about August 20, 2007, a commercial account holder, Diplomatic Duty Free with account XXXX8618, dropped off for deposit $16,175.33 for deposit into its account at Citibank. Instead of processing the funds and depositing the money into the customer's account, defendant Gwendolyn Johnson removed approximately $486.60 in cash funds and deposited $770.00 in cash into her Citibank account from her cash window.

On or about September 4, 2007, Citibank customer N.P. mailed a check to Citibank with instructions that it be deposited into his account XXXX1955. Defendant Gwendolyn Johnson diverted the funds; and instead, deposited $302.59 into her Citibank account XXXX9313.

On or about September 4, 2007, September 7, 2007, and October 1, 2007, Citibank customer N.Pr. mailed three checks in the amount of $1,000, $2,000, and $1,000, respectively, to Citibank with instructions that each check be deposited into his account XXXX0340. Defendant Gwendolyn Johnson diverted the funds, and instead deposited the two $1,000 checks into her

Citibank account. She cashed the $2,000 check and deposited the cash into her M&T bank account XXXXXX4796.

On or about October 17, 2007, a Citibank customer contacted Citibank managers about a missing deposit. Citibank managers commenced an investigation, during which time they noticed discrepancies in defendant's drawer and upon a more detailed review of Gwendolyn Johnson's teller activities, further noticed that she had deposited customer's bank funds into her own accounts. At that time defendant was terminated from Citibank.

On or about March 8, 2008, defendant was interviewed by representatives of the United States government. At that time, defendant acknowledged and admitted that while she was employed as a teller at Citibank that she had embezzled and otherwise stolen several thousands of dollars from Citibank by diverting customer deposits of funds from their accounts and placed the funds into her Citibank account XXXXXX9313 and her M&T bank account XXXXXX4796. Although she knew she had stolen money from Citibank she was unsure of the amount she had stolen utilizing her position as bank teller.

JEFFREY A. TAYLOR
United States Attorney

By: *Karla-Dee Clark*
KARLA-DEE CLARK
Assistant United States Attorney
D.C. Bar # 435-782
United States Attorney's Office
 For the District of Columbia
555 4th Street, N.W., Room 4846
Washington, D.C. 20530
(202) 305-1368
Karla-Dee.Clark@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Carlos Vanegas, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: Aug 5, 2008

Gwendolyn Johnson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/5/08

Carlos Vanegas, Esquire
Assistant Federal Public Defender
Attorney for Defendant