U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

V. :

GWENDOLYN JOHNSON

Case No. 08-218 (PLF)

:

:

**ORDER**

FILED
AUG 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___6th___ day of ___AUGUST, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on August 6, 2008 by ___Special Agent Brandee Gound___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
**Judge (U.S. Magistrate)**

DOJ USA-16-80

DEFENSE COUNSEL